UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff.<br><br>    v.<br><br>BLUE ROCK BARBEQUE, LLC,<br><br>        Defendant. | Case No.  5:21-cv-03255-SVK<br><br>**RULE 68 JUDGMENT**<br><br>Re: Dkt. No. 22 |

Pursuant to Plaintiff's Acceptance of Defendant's Offer of Judgment (Dkt. No. 20), Judgment is hereby entered in favor of plaintiff Scott Johnson and against defendant Blue Rock Barbeque LLC.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 11/15/2021

Kathleen M Shambaugh (Acting), Clerk of Court

Mark Romyn
Deputy Clerk