UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE ROCK BARBEQUE, LLC,<br><br>        Defendant. | Case No.  21-cv-03255-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 24 |

Plaintiff reports that the updated settlement requires time to finalize.  By **January 18, 2022**, the parties shall file a stipulation of dismissal or motion for attorney's fees.  If a dismissal or motion for attorney's fees is not filed by the specified date, then the parties shall appear on **January 25, 2022 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  Additionally, the parties shall file a statement in response to this Order no later than **January 18, 2022**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal or to file the motion for attorney's fees.  If a dismissal or motion for attorney's fees is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: December 14, 2021

SUSAN VAN KEULEN
United States Magistrate Judge